

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00214-CV

Amin Q. **ALI** and Salma Ali,
Appellants

v.

Nizarshah **MOHAMMAD,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI10486
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file their brief is granted. We order the brief due December 27, 2017. **Further requests for extension of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court